IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| ALSADIK SULIMAN ADAM JADO, Individually and by and through AHMED JEDDAH, as his next friend, and in the alternative by and through his attorney in fact IDRESS HAGAR JOGLE SHARIF,<br><br>Plaintiff,<br><br>vs.<br><br>IBRAHIM MOHAMED BABIKER MOHAMED, SEAN TERRY CHRISTOPHER, JERRY D. BOGER D/B/A JERRY'S AUTO HAUL, AND JERRY'S AUTO HAUL, LLC, FORD MOTOR COMPANY and, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendants. | CASE NO. 3:18-cv-00091 SMR-HCA<br><br><br>JOINT NOTICE OF PENDING RESOLUTION FOR SETTLEMENT |

COME NOW Defendant Ibrahim Mohamed Babiker Mohamed ("Ibrahim") and Plaintiff and hereby respectfully notifies the Court of a pending resolution of the claims between the Plaintiff and Defendant, Ibrahim, and provide the following:

1. Settlement was reached between Plaintiff and Defendant, Ibrahim, on Friday, October 30, 2020.

2. Plaintiff and Ibrahim will make efforts to finalize the terms for resolution and promptly notify the Court. Final releases, probate court approval and dismissal will follow thereafter.

Respectfully submitted this 2nd day of November 2020.

/s/J. Kent Emison
J. Kent Emison Admitted Pro Hac Vice
Michael J. Serra
Langdon & Emison, LLC
91 Main Street
Lexington, MO  64067
Phone:
Facsimile:
Kent@lelaw.com
mserra@lelaw.com

Brian P. Galligan  AT 0002632
Galligan Law
300 Walnut Street, Suite 5
Des Moines, IA  50309
Toll Free:
Facsimile:
bgalligan@galliganlaw.com
ATTORNEYS FOR PLAINTIFF

**LEDERER WESTON CRAIG PLC**
By:  /s/ *Kimberly K. Hardeman*
      Kimberly K. Hardeman  AT0003230
118 Third Avenue S.E., Suite 700
P. O. Box 1927
Cedar Rapids, IA  52406-1927
Telephone: (319) 365-1184
Facsimile: (319) 365-1186
E-Mail: khardeman@lwclawyers.com

**ATTORNEYS FOR DEFENDANT
IBRAHIM MOHAMED BABIKER MOHAMED**

**CERTIFICATE OF SERVICE**

      I certify that on November 2, 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

Jason T. Madden
Thomas M. Boes
John Isaac Southerland (*admitted pro hac vice*)
Paul Malek (*admitted pro hac vice*)
Email: madden.jason@bradshawlaw.com
Email: boes.thomas@bradshawlaw.com
Email: jsoutherland@huielaw.com
Email: pmalek@huielaw.com
ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

Alex C. Barnett
Ian J. Russell
Email: ABarnett@L-WLaw.com
Email: IRussell@L-WLaw.com
ATTORNEYS FOR DEFENDANTS
SEAN TERRY CHRISTOPHER,
JERRY D. BOGER d/b/a JERRY'S
AUTO HAUL and JERRY'S AUTO
HAUL, LLC.

Corrine R. Butkowski
Email: cbutkowski@lynchdallas.com
ATTORNEYS FOR DEFENDANT
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

                                                            /s/  Kimberly K. Hardeman