# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA EASTERN DIVISION

| | |
|---|---|
| **ALSADIK SULIMAN ADAM JADO, by and through his Conservator, IOWA STATE SAVINGS BANK and its representative ARNOLD O. KENYON III,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**IBRAHIM MOHAMED BABIKER MOHAMED; SEAN TERRY CHRISTOPHER; JERRY D. BOGER d/b/a JERRY'S AUTO HAUL; JERRY'S AUTO HAUL, LLC; FORD MOTOR COMPANY and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**<br><br>**Defendants.** | Case No. 3:18-cv-00091<br><br><br><br><br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

COME NOW the parties and hereby stipulate and agree to dismiss with prejudice this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii). Each party to bear their own costs.

| | |
|---|---|
| **BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.** | **LANGDON & EMISON, LLC** |
| /s/ Jason T. Madden | /s/ J. Kent Emison |
| Jason T. Madden | J. Kent Emison |
| 801 Grand Avenue, Suite 3700 | Michael J. Serra |
| Des Moines, IA 50309-8004 | 911 Main Street |
| Phone: 515-243-4191 | Lexington, MO 64067 |
| Facsimile: 515-246-5808 | Phone: 660-259-9930 |
| madden.jason@bradshawlaw.com | Facsimile: 660-259-4571 |
| | kent@lelaw.com |
| and | mserra@lelaw.com |
| John Isaac Southerland | and |

| | |
|---|---|
| R. Woods Parker, Jr.<br>Paul Malek<br>Huie, Fernambucq & Stewart, LLP<br>3291 US Highway 280, Suite 200<br>Birmingham, AL 35243<br>Phone: 205-251-1193<br>Facsimile: 205-251-1256<br>jsoutherland@huielaw.com<br>wparker@huielaw.com<br>pmalek@huielaw.com<br>**ATTORNEYS FOR DEFENDANT**<br>**FORD MOTOR COMPANY** | Brian P. Galligan<br>Galligan Law<br>300 Walnut Street, Suite 5<br>Des Moines, IA 50309<br>Toll Free: 800-217-9312<br>Facsimile: 515-282-0318<br>bgalligan@galliganlaw.com<br>**ATTORNEYS FOR PLAINTIFF** |

**LANE & WATERMAN LLP**

s/ Alexander C. Barnett
Ian J. Russell,
Alexander C. Barnett
220 North Main Street, Suite 600
Davenport, IA 52801
Phone: 563-324-3246
Facsimile: 563-324-1616
irussell@L-WLaw.com
abarnett@L-WLaw.com
**ATTORNEYS FOR DEFENDANTS**
**SEAN TERRY CHRISTOPHER,**
**JERRY D. BOGER d/b/a JERRY'S**
**AUTO HAUL and JERRY'S AUTO**
**HAUL, LLC.**

**LEDERER WESTON CRAIG PLC**

/s/ Kimberly K. Hardeman
118 Third Avenue S.E., Suite 700
P.O. Box 1927
Cedar Rapids, IA 52406-1927
Phone: 319-365-1184
Facsimile: 319-365-1186
khardeman@lwclawyers.com
**ATTORNEY FOR DEFENDANT**
**IBRAHIM MOHAMED BABIKER MOHAMED**

**LYNCH DALLAS, P.C.**

/s/ Corinne R. Butkowski
526 Second Avenue SE
P.O. Box 2457
Cedar Rapids, IA 52406-2457
Phone: 319-365-9101
Facsimile: 319-365-9512
cbutkowski@lynchdallas.com
**ATTORNEY FOR DEFENDANT STATE
FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I certify that on February 3, 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

/s/ J. Kent Emison
Attorney for Plaintiff